**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-7923**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

WILLIE TYRON WHITE, a/k/a Ty,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, District Judge. (CR-01-27)

———————————

Submitted:  March 6, 2003          Decided:  March 14, 2003

———————————

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinon.

———————————

Willie Tyron White, Appellant Pro Se.  Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Willie Tyron White appeals the district court's order denying his "Petition for Court Review of a Plea Promise to File a 5K1.1 Motion." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. White</u>, No. CR-01-27 (W.D. Va. Dec. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>